**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Edward M. McFADDEN, a/k/a Buckboy
McFadden, a/k/a Mike McFadden,
Defendant–Appellant.**

No. 02–6755.

United States Court of Appeals,
Fourth Circuit.

Submitted March 20, 2003.

Decided March 25, 2003.

Edward M. McFadden, Appellant Pro Se. William Earl Day, II, Assistant United States Attorney, Florence, South Carolina, for Appellee.

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Edward M. McFadden appeals the district court's order denying his motion to order the government to move for a Fed. R.Crim.P. 35(b) reduction in his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. McFadden,* No. CR–98–164 (D.S.C. filed Apr. 11, 2002, entered Apr. 15, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*